DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
randy@depewgillen.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| BRENDON FOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 24-1074-HLT-ADM |
| | ) |
| FORT HAYS STATE UNIVERSITY | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court by agreement of the parties. Plaintiff Brendon Fox appears by and through her counsel of record, Randall K. Rathbun of Depew Gillen Rathbun & McInteer LC. Defendant Fort Hays State University appears by and through its counsel of record, Stanley L. Parker of the Kansas Attorney General's Office. There are no other appearances.

WHEREUPON, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action stipulate that plaintiff desires to dismiss his claims against defendant with prejudice.

WHEREUPON, having reviewed and examined the record and having been fully advised of the premises herein, the Court finds that this case should be dismissed with prejudice as the parties have agreed to the settlement of all issues.

IT IS THEREFORE ORDERED that Civil Action 24-1074-HLT-ADM is dismissed with prejudice and plaintiff and defendant shall bear their own costs.

IT IS SO ORDERED.

_____
HONORABLE HOLLY L. TEETER
UNITED STATES DISTRICT COURT JUDGE

APPROVED:

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Tel: (316) 262-4000
Email: Randy@depewgillen.com
*Attorneys for Plaintiff*

/s/Stanley R. Parker
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
Sydney C. Walsh, KS #29762
Assistant Attorney General
Civil Division-Defensive Litigation Unit
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax:    (785) 291-3767
Email:  stanley.parker@ag.ks.gov
        sydney.walsh@ag.ks.gov
*Attorneys for Defendant Fort Hays State University*
.

Case 6:24-cv-01074-HLT-ADM   Document 34   Filed 04/18/25   Page 3 of 3